IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cr480 |
| | ) | |
| v. | ) | |
| | ) | |
| LEONEL CERA-SAENZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 22 be stricken from the record for the following reason:

- No Notice of Electronic Filing was produced.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 22 from the record.

DATED this 26th day of August, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge